

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| KATIE M. JONES | * | CIVIL ACTION NO. 05-1675 |
| VERSUS | * | JUDGE JAMES |
| CITY OF FAITH PRISON MINISTRIES | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Motion to Dismiss (Document No. 3) is **GRANTED and the plaintiff's claims brought pursuant to 42 U.S.C. § 1983 are DISMISSED with prejudice.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this court declines to exercise its supplemental jurisdiction over the plaintiff's state law claims and they are hereby **dismissed without prejudice pursuant to 28 U.S. C. §1367(c)(3).**

THUS DONE AND SIGNED this 19 day of May, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION